ACCEPTED
05-17-01007-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/27/2018 3:02 PM
LISA MATZ
CLERK

## No. 05-17-01007-CV

In the Fifth Court of Appeals
Dallas, Texas

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

03/27/2018 3:02:23 PM

LISA MATZ
~~Clerk~~

**O-SUN LANDRY**
*Appellant,*
*v.*
**Bong Ho Kim**
*Appellee.*

ON APPEAL FROM THE
193RD DISTRICT COURT OF DALLAS COUNTY, TEXAS
*Hon. Carl Ginsberg, Presiding Judge*

APPELLANT'S UNOPPOSED MOTION TO DISMISS APPEAL

TO THE HONORABLE FIFTH COURT OF APPEALS:

The parties have reached a settlement agreement regarding the matters on appeal. Accordingly, and pursuant to the express terms of the parties' settlement agreement, Appellant O-Sun Landry does hereby request that the Court dismiss the instant appeal in all respects.

1

Respectfully submitted,

**PLATT CHEEMA RICHMOND PLLC**

By: */s/ Bill S. Richmond*
Texas Bar No. 24066800
1201 N. Riverfront Blvd., Suite 150
Dallas, Texas 75207
214.559.2700 Main
214.559.4390 Fax
brichmond@pcrfirm.com

**COUNSEL FOR APPELLANT**
**OSUN LANDRY**


**CERTIFICATE OF COMPLIANCE WITH RULE 52.10**

I certify that, as part of the negotiation for and execution of the settlement agreement, I conferred with Appellee through his counsel of record and that counsel for Appellee informed me that Appellee is unopposed to the dismissal requested.

*/s/ Bill S. Richmond*
Bill S. Richmond

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Motion to Dismiss Appeal was served on Appellee's counsel of record by e-service, e-mail, or U.S. First Class Mail in accordance with the Texas Rules of Civil and Appellate Procedure on this the 27th day of March, 2018, as follows:

Gregory L. Housewirth
SCHREIER & HOUSEWIRTH
1329 College Ave., Suite 100
Fort Worth, Texas 76104
Telephone: 817.923.9999
Fax: 817.717.5003
*[Via Electronic Service]*

/s/ William S. Richmond
William S. Richmond